FORM 26. Docketing Statement

Form 26
Rev. 10/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 17-2266

Large Audience Display System

v.

Tennman Productions, LLC

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent: Tennman Productions, LLC; Justin Timberlake; Britney Spears; Spears King Pole Inc.

Party is (select one):
- ☐ Appellant/Petitioner
- ☒ Appellee/Respondent
- ☐ Cross-Appellant
- ☐ Intervenor

Tribunal appealed from and Case No.: Central District of California, Case No. 2:11-cv-03398-R-RZ

Date of Judgment/Order: June 2, 2017

Type of Case: Patent Infringement

Relief sought on appeal: None (Order below should be affirmed in full)

Relief awarded below (if damages, specify):
Attorneys' fees, costs, and expenses in total amount of $759,523.86.

Briefly describe the judgment/order appealed from:
Order granting prevailing Defendants (i.e., Appellees) their requested relief of attorneys' fees, costs, and expenses incurred in defending against Plaintiff's/Appellant's patent infringement allegations.

Nature of judgment (select one):
- ☐ Final Judgment, 28 USC 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type)
- ☒ Other (explain; see Fed. Cir. R. 28(a)(5))

Post-dismissal award of attorneys' fees, costs, and expenses to prevailing Defendants/Appellees.

**FORM 26. Docketing Statement**

Form 26
Rev. 10/16

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued.
If none, please state none. | Large Audience Display System v. Tennman Productions, LLC, No. 15-2040

Circuit Judges Moore, Linn, and O'Malley issued an opinion on October 20, 2016.

Brief statement of the issues to be raised on appeal

None. Defendants/Appellees will seek to have the District Court's Order affirmed in full.

Have there been discussions with other parties relating to settlement of this case? ☒ Yes ☐ No   If "yes," when were the last such discussions?

   ☐ Before the case was filed below?

   ☒ During the pendency of the case below?

   ☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated? ☐ Yes ☒ No
If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?   ☐ Yes  ☒ No

Please explain why you believe the case is or is not amenable to mediation.

   Upon information and belief, Plaintiff/Appellant is represented by counsel on a contingency basis. Thus, Plaintiff/Appellant has no incentive to settle this case.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

FORM 26. Docketing Statement

Form 26
Rev. 10/16

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this

21st day of July , 2017

by: the Federal Circuit's CM/ECF system.

(manner of service)

Andrew S. Langsam
Name of Counsel

*[signature: Andrew S. Langsam]*
Signature of Counsel

Law Firm: Pryor Cashman LLP

Address: 7 Times Square

City, State, ZIP: New York, New York 10036

Telephone Number: (212) 421-4100

FAX Number: (212) 515-6969

E-mail Address: ALangsam@pryorcashman.com

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  July 21, 2017
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Andrew S. Langsam | /s/ Andrew S. Langsam |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Pryor Cashman LLP |
| Address | 7 Times Square |
| City, State, Zip | New York, New York 10036 |
| Telephone Number | (212) 421-4100 |
| Fax Number | (212) 515-6969 |
| E-Mail Address | ALangsam@pryorcashman.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields